# EXHIBIT A

## MEDIATED SETTLEMENT MEMORANDUM

Maria Morton, Alaina Smith and Angela Lyons (collectively "Plaintiffs") have agreed to accept, and Cityside Healthcare, Inc. ("Cityside") has agreed to pay the sum of $75,000.00 plus a back pay check for each Plaintiff, the amount of which is set forth below ("Settlement Amount") in settlement of the pending litigation:

**Terms:**

1. The Settlement Amount will be paid as follows:

    a. Lyons will receive $6,507.50 as unpaid overtime wages, $6,507.50 as liquidated damages (IRS Form 1099), and a back pay check in the amount of $ $2,106.45 (IRS Form W2).

    b. Smith will receive $6,507.50 as unpaid overtime wages, $6,507.50 as liquidated damages (IRS Form 1099), and a back pay check in the amount of $ 2,411.99 (IRS Form W2).

    c. Morton will receive $7,757.50 as unpaid overtime wages, $7,757.50 as liquidated damages (IRS Form 1099), and a back pay check in the amount of $2,492.10 (IRS Form W2).

    d. The attorneys for Plaintiffs, The Buckley Law Firm, will receive $33,454.00 in attorney fees and expense of litigation and provide Cityside an IRS Form W-9.

    e. Cityside will pay all costs of mediation.

2. The settlement is subject to court approval. Counsel for Plaintiffs will immediately prepare a Joint Motion to Approve Settlement. The settlement agreement will contain a release of all wage related claims by the Plaintiffs. Upon approval of the settlement, the Complaint will be dismissed with prejudice. Cityside will pay the back pay checks within three (3) days of execution of this Settlement Memorandum. The other Settlement Amount will be paid within thirty (30) days of court approval, or thirty (30) days from this date, whichever is longer.

This memorandum contains all the **essential elements** of the terms and conditions of the settlement in this case. This is only intended as a written memorandum of a binding Settlement Agreement resolving all claims arising from the above legal dispute. The formal settlement documents will be prepared and executed by all parties as soon as possible.

**Signatures Follow On Next Page**

This _____ day of June, 2015

_____
Maria Morton, Plaintiff

_____
Alaina Smith, Plaintiff

_____
Angela Lyons, Plaintiff

_____
Edward D. Buckley, Esq.
Counsel for Plaintiffs

_____
A. Lee Parks, Mediator

Defendant: Cityside Healthcare, Inc.

_____
By: Omar Green, CEO

_____
Omar Green, Individually

_____
Job J. Milfort, Esq.
Counsel for Cityside Healthcare, Inc.

_____
D. Tennell Lockett, Esq.
Counsel for Cityside Healthcare, Inc.