IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| MARIA MORTON, ALAINA SMITH AND ANGELA LYONS, Individually, and on Behalf of All Similarly Situated Persons,<br><br>Plaintiffs,<br><br>v.<br><br>CITYSIDE HEALTHCARE, INC.,<br><br>Defendant. | )<br>)<br>)<br>)<br>) CIVIL ACTION<br>) FILE NO. 1:14-cv-03663-MHS<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## ORDER APPROVING FLSA SETTLEMENT AND ADMINISTRATIVELY CLOSING THE CASE

This action came before the Court on the parties' Joint Motion for Approval of FLSA Settlement. Therein, the parties properly sought final approval of the terms of their Settlement. *Lynn Food Stores, Inc. v. U.S.*, 679 F.2d 1350, 1353 (11th Cir. 1982) ("When employees bring a private action for back wages under the FLSA, and present to the district court a proposed settlement, the district court may enter a stipulated judgment after scrutinizing the settlement for fairness.").

Having reviewed the Joint Motion and Brief in Support thereof, the record, and the details of the settlement, the Court concludes that the terms of the

1

settlement are (1) fair to the Plaintiffs; (2) reflect a reasonable compromise over the issues that are actually in dispute in this case; and (3) demonstrate a good faith intention by the parties that the Plaintiffs' claims be fully and finally resolved.

Accordingly, the Motion is GRANTED, and the settlement is APPROVED by the Court as a final, fair, adequate, and reasonable resolution of this action.

IT IS FURTHER ORDERED that the Settlement Agreement is incorporated into this Order as if fully set forth herein, and Defendant shall make the payment to Plaintiffs' counsel as set forth in the Settlement Agreement. On or before 35 days after the settlement payment is received, the parties are directed to file a stipulation of dismissal with prejudice or a status report regarding the settlement, with the right of any party to reopen the case if the settlement is not concluded. Considering the status of the case, the Court will remove the action from its calendar and administratively close the case but with the right of any party to reopen the case if the settlement is not concluded.

SO ORDERED this ___ day of _____, 2015.

_____
Hon. Marvin H. Shoob
United States District Court Judge